Argued and submitted March 13, affirmed June 21, 1995

Winifred MESSENGER,
*Appellant,*

*v.*

William A. ZINTER
and Dorothy E. Zinter,
*Respondents.*

(CV 94-0052; CA A84654)

896 P2d 1225

Timothy J. Vanagas argued the cause and filed the brief for appellant.

George W. Kelly argued the cause and filed the brief for respondents.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

In this action for a constructive trust and an accounting, plaintiff contends that the trial court erred in granting defendants' motion to dismiss the claims on the ground that they are barred by the Statute of Limitations. In the trial court, plaintiff filed no written response to the motion and did not appear at the hearing. On appeal she argues that the Statute of Limitations is inapplicable to her claims. We decline to consider the argument, because it was not raised in the trial court.

Affirmed.